UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Clifford William Ninnis   Case No.   10-31057-DOF

Chapter   13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Three Hundred Sixty-three and 80/100 dollars ($363.80) of unclaimed funds held in the U.S. Treasury to:

> GE Capital Retail Bank
> c/o Dilks & Knopik, LLC
> 35308 SE Center Street
> Snoqualmie, WA  98065

Signed on February 20, 2014

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge